**Order entered April 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00778-CR

**BRADLEY ALLEN KELLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F16-53364-L**

## ORDER

Before the Court is appellant's April 23, 2019 motion to correct the appellate timetable.

We **ORDER** that appellant's brief is **DUE** May 16, 2019.


/s/     LANA MYERS
        JUSTICE